IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

BRIAN MOORE, et al.,
    Plaintiffs,

v.

CASE NO. C2-08-224
JUDGE GREGORY L. FROST
MAGISTRATE JUDGE TERENCE P. KEMP

JENNIFER BRUNNER,
in her Official Capacity as
Ohio Secretary of State,
    Defendant.

LIBERTARIAN PARTY OF OHIO, et al.,
    Plaintiffs,

v.

CASE NO. C2-08-555
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE NORAH MCCANN KING

JENNIFER BRUNNER,
in her Official Capacity as
Ohio Secretary of State,
    Defendant.

## ORDER

The Motion to Consolidate of Defendant Secretary of State Jennifer Brunner (Doc. 25) in Case No. C2-08-224 and the Motion to Consolidate of Defendant Secretary of State Jennifer Brunner (Doc. 20) in Case No. C2-08-555 are GRANTED.

Case No. C2-08-224 and Case No. C2-08-555 are hereby consolidated and assigned to Judge Edmund A. Sargus, Jr.

IT IS SO ORDERED.

_____
GREGORY L. FROST
United States District Judge

_____ 8-4-2008
EDMUND A. SARGUS, JR.
United States District Judge